ACCEPTED
14-14-00825-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/14/2015 4:28:22 PM
CHRISTOPHER PRINE
CLERK

# HOOVER SLOVACEK LLP
A REGISTERED LIMITED LIABILITY PARTNERSHIP

DYLAN B. RUSSELL
PARTNER

russell@hooverslovacek.com

ATTORNEYS AT LAW
GALLERIA TOWER II
5051 WESTHEIMER, SUITE 1200
HOUSTON, TEXAS 77056

(713) 977-8686
FAX (713) 977-5395

REPLY TO:

P.O. BOX 4547
HOUSTON, TEXAS 77210

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

8/14/2015 4:28:22 PM

CHRISTOPHER A. PRINE
Clerk

August 14, 2015

*Via E-File*
Christopher Prine
Clerk, Fourteenth Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002

  Re: Court of Appeals Cause No.: 14-14-00825-CV
    Trial Court Case No.:  2014-18791

  Style: *Inwood Forest Community Improvement Association v. Toan Van Nguyen, et al.*;
    In the Fourteenth Court of Appeals

Dear Mr. Prine:

  Please accept this letter as notice that the undersigned will be presenting oral argument on behalf of the appellant at the hearing scheduled for October 1, 2015 at 2:00 p.m.

  Thank you for your courtesy in this matter.

        Very truly yours,

        **HOOVER SLOVACEK LLP**

        /s/ Dylan B. Russell

        Dylan B. Russell

cc: All lead counsel and *pro se* parties, pursuant to T.R.C.P. 21 and 21a.

171327-00331 DBR 8/14/2015 00990870.WPD 1